ANNA ELLIOTT et al., Respondents, *v.* ISIDORE COHEN et al., Appellants.

(Argued May 14, 1931; decided June 2, 1931.)

*Francis J. Hughes* for appellants.

*L. Barton Case* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: O'BRIEN, J.